UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **Paula Lopez** | § |
| | § |
| *Plaintiff* | § |
| | § |
| v. | §   CIVIL NO. 5:17-CV-00032 |
| | § |
| | § |
| **Aetna Life Insurance Company** | § |
| | § |
| *Defendant* | § |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Paula Lopez and Defendant Aetna Life Insurance Company file this Joint Stipulation of Dismissal with Prejudice to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendants have reached an agreement to resolve this dispute.

Accordingly, Plaintiff and Defendants stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendants request that the Court take notice of the stipulation of dismissal with prejudice and enter any necessary orders to close this case before the Court.

1

Respectfully submitted,

Bemis, Roach & Reed
4100 Duval Rd.,
Bldg. 1, Ste. 200
Austin, Texas 78759
(512) 454-4000
(512) 453-6335 (facsimile)
greg@brrlaw.com

By: _____
GREG REED
State Bar No. 16677750

## CERTIFICATE OF SERVICE

I hereby certify that on this 21 day of August, 2017, a true and correct copy of the foregoing document has been sent via the ECF system to Ms. Christina McCracken, Gordon & Rees, LLP, 2100 Ross Avenue, Suite 2800, Dallas, Texas 75201.

_____
Greg Reed